UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BURTON,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　Respondent. | NO. CV 20-2277-JVS (AGR)<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

　　　　On March 9, 2020, Petitioner, a state prisoner who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition").

　　　　On April 21, 2020, Respondent filed a motion to vacate the order requiring a response/answer to the Petition on the ground that Petitioner had not sought or obtained authorization from the Ninth Circuit to file a second or successive petition. (Dkt. No. 7.)

　　　　In response, Petitioner filed a motion to withdraw his Petition so that he could request authorization from the Ninth Circuit to file a second or successive petition. (Dkt. No. 10.) The court construes Petitioner's motion as a motion to dismiss the Petition without prejudice.

In the Ninth Circuit, Petitioner has filed an application for permission to file a second or successive petition.  The Ninth Circuit transferred the petition to this court with instructions to proceed only on Petitioner's Proposition 57 claim.  The Ninth Circuit denied the application to proceed on the ineffective assistance of appellate counsel claim.  (Dkt. No. 5, *Burton v. Koenig*, CV 20-10530 JVS (AGR)).

This habeas case is entirely duplicative of the pending habeas action in *Burton v. Koenig*, CV 20-10530 JVS (AGR) and asserts the same two grounds.  Parties generally have "'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'"  *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (citation omitted).  A district court has the option of dismissing the duplicative action without prejudice.  *Id.* at 692 ("Dismissal of the duplicative lawsuit, more so than the issuance of a stay or the enjoinment of proceedings, promotes judicial economy and the 'comprehensive disposition of litigation.'") (citation omitted).

IT IS HEREBY ORDERED that Petitioner's motion to withdraw the Petition for Writ of Habeas Corpus is GRANTED and this action is dismissed without prejudice as duplicative.  Nothing in this order affects the disposition of *Burton v. Koenig*, CV 20-10530 JVS (AGR), which shall proceed as ordered by the Ninth Circuit.

IT IS FURTHER ORDERED that all pending motions in this action are denied as moot.

**IT IS SO ORDERED.**

DATED: December 1, 2020

_____
JAMES V. SELNA
United States District Judge