UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BURTON,<br><br>        Petitioner,<br><br>   v.<br><br>CRAIG KOENIG, Warden,<br><br>        Respondent. | NO. CV 20-2277-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal Without Prejudice,

IT IS ADJUDGED that the Petitioner's motion to withdraw the Petition for Writ of Habeas Corpus is GRANTED and the Petition For Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE as duplicative. Nothing in this Judgment affects the disposition of *Burton v. Koenig*, CV 20-10530 JVS (AGR), which shall proceed as ordered by the Ninth Circuit.

DATED: December 1, 2020

                                         JAMES V. SELNA<br>                                  United States District Judge